UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSARIA ROMANO, on behalf of plaintiff and          JUDGMENT
a class,                                             17-CV- 1014 (ARR)

                              Plaintiff,

   -against-

SCHACHTER PORTNOY, L.L.C.,

                              Defendant.
----------------------------------------------------------------X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 28, 2017, granting Defendant's motion to dismiss; dismissing Plaintiff's complaint in its entirety with prejudice; and directing the Clerk of Court to enter judgment in favor of Defendant and close the case; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; that Plaintiff's complaint is dismissed in its entirety with prejudice; that judgment is hereby entered in favor of Defendant; and that the case is closed.

Dated: Brooklyn, New York                            Douglas C. Palmer
       June 28, 2017                                      Clerk of Court

                                                    by:    */s/ Janet Hamilton*
                                                                Deputy Clerk